IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SONDREA MILLER | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-457-O |
| | § | |
| TARRANT COUNTY, TEXAS, et al. | § | |

**DEFENDANT DARIEN A. KIRK'S
CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judge of this Court may evaluate possible disqualification or recusal.

| | |
|---|---|
| Plaintiff: | Sondrea Miller |
| Beneficial Plaintiffs/ Claimants: | KaKeshia Black, Jaquentes Myers, Joshua Myers |
| Plaintiff's counsel: | T. Dean Malone, LAW OFFICES OF DEAN MALONE, P.C. |
| Defendant: | Tarrant County |
| Tarrant County's counsel: | M. Keith Ogle, Asst. Crim. Dist. Atty<br>Tarrant County District Attorney's Office |
| Defendant: | Erik Gay |
| Gay's counsel: | James T. Jeffrey |
| Defendant: | Darien A. Kirk |
| Kirk's counsel: | Kenneth E. East |

Respectfully submitted,

s/ *Kenneth E. East*
Kenneth E. East
State Bar No. 00790622
THE LAW OFFICE OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
(817) 788-1111
ken@east.law

ATTORNEY FOR DEFENDANT
DARIEN A. KIRK