IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SONDREA MILLER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00457-O |
| | § | |
| TARRANT COUNTY | § | |
| | § | |
| Defendant. | § | |

### ORDER REQUIRING SETTLEMENT PAPERS

Before the Court is the parties' Joint Status Report and Motion to Stay (ECF No. 65), filed May 9, 2023. The parties indicate they have reached a settlement agreement in principal. As such, the Court **ORDERS** the parties to file the appropriate settlement papers—a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under FED. R. CIV. P. 41(a)(2)—**no later than July 10, 2023**. The parties' trial setting shall remain on the Court's four-week docket until appropriate settlement papers are filed. All other case deadlines are stayed. If the parties are unable to file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties shall immediately file a Joint Status Report with the Court, but **not later than July 10, 2023**.

SO ORDERED this **9th day** of **May, 2023**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**