# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **SONDREA MILLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:22-cv-00457-O |
| | § | |
| **TARRANT COUNTY, TEXAS; DARIEN A. KIRK; and ERIC L. GAY,** | § § § | |
| | § | |
| Defendants. | § | |

## MISCELLANEOUS ORDER

In view of the parties' status report (ECF No. 68), which indicates their settlement will likely be approved within 90 days, the Court **ORDERS** the parties to file appropriate settlement papers—a stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under FED. R. CIV. P. 41(a)(2)—**no later than October 2, 2023**. The parties' trial setting shall remain on the Court's four-week docket until appropriate settlement papers are filed. All other case deadlines remain stayed. If the parties are unable to file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties shall immediately file a Joint Status Report with the Court, but **not later than October 2, 2023**. The Clerk shall keep this case closed for statistical purposes.

**SO ORDERED** this **29th day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE