UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SONDREA MILLER, individually and as independent administrator of, and on behalf of the ESTATE OF JAVONTE LAKENDRICK MYERS, and JAVONTE LAKENDRICK MYERS's heir(s)-at-law, | §<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | Civil Action No. 4:22-cv-00457-O |
| v. | §<br>§ | |
| TARRANT COUNTY, TEXAS; ERIC L. GAY; and DARIEN A. KIRK, | §<br>§<br>§ | |
| Defendant. | §<br>§ | |

## PLAINTIFF'S ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff, as instructed by the Court at a January 5, 2024 hearing, advises the Court that the Motion to Compromise Controversy with Tarrant County was filed today in Plaintiff's bankruptcy case, by general counsel for the bankruptcy trustee. The motion provides that, unless a written objection is filed with the Clerk of the United States Bankruptcy Court before the close of business on January 31, 2024, no hearing will be conducted on the motion. If no objection is filed by the deadline, it is Plaintiff's understanding that a bankruptcy judge would then consider granting the motion to approve the proposed settlement in this case. Plaintiff will further inform the Court as to any timely-filed objection to the motion or, in the alternative, (1) once the objection period has passed without any objection being filed and (2) if and when the bankruptcy court signs an order granting the motion.  If the bankruptcy court approves the proposed settlement, Plaintiff expects that the parties in this case will promptly submit to the Court a motion, stipulation, and/or other

documents appropriate to bring this case to a conclusion.

Respectfully submitted,


*/s/ T. Dean Malone*

T. Dean Malone

Attorney-in-charge:

T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street Suite 730
Dallas, Texas 75202
Telephone: (214) 670-9989
Telefax:     (214) 670-9904

Of Counsel:

Alexandra W. Payne
Texas State Bar No. 24118939
alexandra.payne@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street Suite 730
Dallas, Texas 75202
Telephone:     (214) 670-9989
Telefax:         (214) 670-9904

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a notice of electronic filing to the following attorney:

M. Keith Ogle
Tarrant County Criminal District Attorney's Office
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196

Attorney for Tarrant County, Texas

*/s/ T. Dean Malone*

T. Dean Malone